■ FRANK J. BIANCO, Respondent, v. PEEKSKILL MILITARY ACADEMY, Appellant.— Appeal from an order denying a motion to dismiss the second

cause of action of the amended complaint for insufficiency, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, and for other relief. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ., concur.